# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0114
LT Case No. 16-2009-CF-003208-A

_____

KRISTIN T. WARD,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Kristin T. Ward, Perry, pro se.

No Appearance for Appellee.

May 19, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____